WILLIAM WEBER, Respondent, v. TOWN OF CHEEKTOWAGA and Others, Appellants.— Determination of the town board of the town of Cheektowaga annulled, without costs, and petitioner reinstated. All concur, except Taylor, J., who dissents and votes for confirmation of the determination on the ground that there was sufficient evidence to support the determination of the town board. (The order reverses the determination of the town board and directs the reinstatement of petitioner as janitor.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

TYLER KAY COMPANY, INC., Appellant, v. MAGNUS BECK BREWING COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order of the Supreme Court, Erie Special Term, affirms an order of the Buffalo City Court denying plaintiff's motion for summary judgment in an action on a contract.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LUCAS LOPEZ, Appellant, v. Hon. JOSEPH H. BROPHY, Warden of the State Prison at Auburn, New York, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ELMO C. PALMER, Appellant, v. THOMAS J. NORTHWAY, INC., Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to recover damages for a claimed breach of contract. The order granted defendant's motion to set aside the verdict of the jury in favor of plaintiff and for a dismissal of the complaint.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

AMELIA W. MOFFAT and Others, Respondents, v. PHOENIX BREWERY CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs certain defendants to answer certain questions in an examination before trial, and denies defendants' motion to strike out answers by said defendants as to other questions, in an action to restrain the use of a trade name.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO MAJCHRZAK, JOHN GORBON and FRANK SCHWARTZ, Appellants.— Judgments of conviction affirmed. All concur. (The judgments convict defendants of the crime of robbery, first degree.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

IDA HEDIN, Appellant, v. DAVID RAVNITZKY, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses the complaint in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.